IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL HOWERY, | No. C -14-01978 EDL |
| Plaintiff, | **REASSIGNMENT ORDER** |
| v. | |
| THE BOEING CO, | |
| Defendant. | |

In view of the Report and Recommendation filed on August 19, 2014, the clerk shall **REASSIGN** the above-captioned case immediately to a district court judge.

Dated: August 19, 2014

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge